1  JUNJI SUZUKI (SBN 184738)
2  junji@marshallsuzuki.com
   MARSHALL SUZUKI LAW GROUP, LLP
3  230 California Street, Suite 415
   San Francisco, CA 94111
4  Telephone: (415) 618-0090
   Facsimile: (415) 618-0190
5  Attorney for Applicant,
6  Keiji Yoshida

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Ex Parte Application of ) | Case No: |
| ) | |
| ) | **DECLARATION OF AIKO REYNOLDS** |
| Keiji Yoshida, ) | **IN SUPPORT OF EX PARTE** |
| Applicant. ) | **APPLICATION FOR ORDER PURSUANT** |
| ) | **TO 28 U.S.C. § 1782 PERMITTING** |
| _____ ) | **DISCOVERY FOR USE IN FOREIGN** |
| ) | **PROCEEDING** |

I, Aiko Reynolds, declare as follows:

1. My name is Aiko Reynolds. I am over 18 years of age. I am an assistant at Marshall Suzuki Law Group.

2. I translated Exhibit A attached hereto and also attached to the declaration of Yuka Ono concurrently submitted herewith from Japanese to English.

3. Exhibit B attached hereto is a true and correct English translation of Exhibit A described above.

4. I translated Exhibit C attached hereto and also attached to the declaration of Yuka Ono concurrently submitted herewith from Japanese to English.

5. Exhibit D attached hereto is a true and correct English translation of Exhibit C described above.

6. I am qualified to translate from Japanese to English because I can read, write, understand and speak both Japanese and English fluently.

-Page 1 of 2-

**In re Ex Parte Application of Keiji Yoshida**
Declaration of Aiko Reynolds in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

1   I declare under penalty of perjury under the laws of the United States that the foregoing
2   is true and correct.

4   Dated: September 10, 2021          By: _____
5                                              Aiko Reynolds

-Page 2 of 2-

**In re Ex Parte Application of Keiji Yoshida**
Declaration of Aiko Reynolds in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

# Exhibit A



# Exhibit B

---------- Forwarded message----------
From Hiroki Nakayama <hiroki.nakayama1980@gmail.com>
Date: 1/21/2021 (Thu) 22:15
Subject:
To: <satoshi.okamoto@databricks.com>

Dear Databricks Japan company, Mr. Okamoto

Please forgive me for this anonymous contact.
I am a person working in a company that has a business relationship with your company.
I am contacting you about Mr. Keiji Yoshida, who joined your company last November.

When Mr. Yoshida was at Google, he acted obscenely against a female engineer whom I know (I will refer to her as Ms. A for the purpose of this contact). She is a contributor to (a developer of) Apache Spark, and has experience speaking about Apache Spark both in Japan and overseas. Immediately after she joined Google, he tricked her into meeting him using the excuse that he needed to talk to her about Spark as a cover, and despite being married he lied to her that he was single and committed obscene acts such as kissing her and touching her body, and so on.

After that, further, and in spite of the current coronavirus pandemic situation, he repeatedly stalked Ms. A, visiting her house many times, and harassed her with messages such as "I cannot give up on you" and "I love you".

Also, I heard from another source that Mr. Yoshida had repeated affairs with women and stalked and harassed several women even when he worked at LINE, and that he also approached and propositioned another woman (or women) at Google as well.

Ms. A filed a complaint to Google about such acts, but Mr. Yoshida resigned.
Before Mr. Yoshida resigned, there was a signature-collecting campaign including people working in both APAC and the U.S. to request an investigation into his behavior at Google.

Mr. Yoshida's sexual misconduct at LINE and Google is a well-known story among Spark engineers, and many people who work for companies such as Google, Microsoft, AWS, NTT DATA, NTT R&D, DMM, etc. that support Spark in Japan know about this.

Since Ms. A is a Spark engineer, the fact that Mr. Yoshida is in Databricks creates a tremendous mental burden for Ms. A.

Also, in this way, within the Spark community, which is a product of Databricks, does it not damage your image that a person who takes advantage of Spark to engage in such sexual misconduct also works as a Solutions Architect for Databricks?
Will you let a person who has used your product for sexual harassment sell your product?

4

In addition to that, I'm afraid it will inhibit diversification of the Spark community in Japan.
I myself am working in the data related industry and have participated in Spark technical events sponsored by your company, and I feel uncomfortable about this matter at the very least.
In addition, it may affect the future hiring of engineers, especially women.

I wonder if this behavior is acceptable for your company in terms of allowing such harassment while promoting diversity?
I personally have high expectations in terms of Databricks as a company in the future, but when I think of it as a company that can allow such person to continue to be employed, I don't feel like using your products.

From the standpoint of the company I'm working for, I am not able to present my name, however, I can't ignore this matter and remain silent on it. Thus, I have made the decision to contact you via this method.

Thank you very much for your patience and I sincerely hope you will consider this matter.

# Exhibit C

# 仮 処 分 決 定

当 事 者 　　　別紙当事者目録記載のとおり

　上記当事者間の令和3年（ヨ）第1841号仮処分命令申立事件について，当裁判所は，債権者の申立てを相当と認め，担保を立てさせないで，次のとおり決定する。

## 主　　文

　債務者は，債権者に対し，別紙発信者情報目録記載の各情報を仮に開示せよ。

令和3年7月27日
東京地方裁判所民事第9部
　　　裁 判 官 　　小 川 惠 輔

当事者目録

〒108-0074 東京都港区高輪３－１－１４
　　　　　シティハウス高輪ヒルトップ１００１
　　　　　　　債　権　者　　吉　田　啓　二


〒150-0012 東京都渋谷区広尾５－４－１２
　　　　　　大成鋼機ビル４階
　　　　　　広尾国際法律事務所（送達場所）
　　　　　　　　　　　　　電話　０３－６８５３－８８２８
　　　　　　　　　　　　　ファックス　０３－６３３２－９２０１
　　　　　　　　債権者代理人弁護士　　小　野　有　香


〒94103　　アメリカ合衆国　カリフォルニア州　サンフランシスコ市
　　　　　　１３５５　マーケット通り　９００号室
(1355 Market Street, Suite 900, San Francisco, California 94103,

United States of America)

　　　　　　債　務　者　ツイッター　インク（Twitter, INC.）

　　　　　　上記代表者最高経営責任者　ジャック・ドーシー（JACK DORSEY）


〒100-7036 東京都千代田区丸の内二丁目７番２号　JPタワー
　　　　　　長島・大野・常松法律事務所（送達場所）
　　　　　　　　　　　　　電話　０３－６８８９－７４０１
　　　　　　　　　　　　　ファックス　０３－６８８９－８４０１
　　　　　　　　債務者代理人弁護士　　相　澤　亮


　　　　　　　　　　　　　　　　　　　　　　　　　　　以上

# 発信者情報目録

　別紙対象アカウント目録記載のアカウントにログインした際のIPアドレス及びタイムスタンプのうち、債務者が保有する令和2年9月24日以降のものすべて。

対象アカウント目録

閲覧用 URL  https://twitter.com/chie8842

ユーザー名  @chie8842

これは正本である。

令和 3 年 7 月 27 日

東京地方裁判所民事第9部

裁判所書記官　髙橋裕美

# Exhibit D

Provisional Disposition Decision

Parties: as stated in the attached List of Parties

Regarding the case of a motion for orders of provisional disposition (Case No. 2021 *Yo* 1841) between the parties, we consider that the petition filed by the Obligee is reasonable and has made the following decision with no collateral being provided.

Main Text

The Obligor is ordered to provisionally disclose information described in the attached Caller Information List to the Obligee.

July 27, 2021
    Tokyo District Court, Ninth Civil Division
        Judge Keisuke Ogawa

List of Parties

City House Takanawa Hill Top 1001
3-1-14 Takanawa, Minato-ku, Tokyo (postal code: 108-0074)
      Obligee: Keiji Yoshida

Taisei Kouki Building 4th floor
5-4-12 Hiroo, Shibuya-ku, Tokyo (postal code: 150-0012)
      Hiroo International Law Office (place of service)
      Tel: 03-6853-8828
      Fax: 03-6332-9201
      Attorneys-at-law representing the Obligee: Yuka Ono

1355 Market Street, Suite 900, San Francisco, California 94103, United States of America
      Obligor: Twitter, INC.
      JACK DORSEY, Representative and CEO of the above company

JP Tower, 2-7-2 Marunouchi, Chiyoda-ku, Tokyo (postal code: 100-7036)
Nagashima Ohno & Tsunematsu (place of service)
      Tel: 03-6889-7401
      Fax: 03-6889-8401
      Attorneys-at-law representing the Obligor: Ryo Aizawa

      End of document

Caller Information List

All IP addresses and time stamps that were recorded when the account described in the attached Subject Account List was logged in on or after September 24, 2020 and that were kept by the Obligor.

Subject Account List

URL for viewing: https://twitter.com/chie8842
User name: @chie8842

This is the original copy.

July 27, 2021

Tokyo District Court, Ninth Civil Division

Court clerk: Yumi Takahashi (Seal)