JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
Keiji Yoshida

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re Ex Parte Application of | ) | Case No: |
| | ) | |
| KEIJI YOSHIDA, | ) | **[Proposed] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING** |
| Applicant. | ) | |

Having considered applicant Keiji Yoshida ("Applicant")'s ex parte application for an order pursuant to 28 U.S.C. § 1782 permitting discovery for use in foreign proceeding,

IT IS HEREBY ORDERED that:

1. Applicant's application is GRANTED; and

2. Applicant may serve the subpoena attached hereto on Google LLC

Dated: _____ , 2021          By:_____
                                        United States District Judge

-Page 1 of 1-

**In re Ex Parte Application of Keiji Yoshida**
[Proposed] Order Granting Application for Order Pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding