1   JUNJI SUZUKI (SBN 184738)
    junji@marshallsuzuki.com
2   MARSHALL SUZUKI LAW GROUP, LLP
3   230 California Street, Suite 415
    San Francisco, CA 94111
4   Telephone: (415) 618-0090
    Facsimile: (415) 618-0190
5   Attorney for Applicant,
6   Keiji Yoshida

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11   In re Ex Parte Application of         )   Case No:
                                           )
12                                         )   **CERTIFICATION OF INTERESTED**
     KEIJI YOSHIDA,                        )   **ENTITIES OR PERSONS**
13                                         )
14                            Applicant.   )
                                           )
15   _____      )

16

17

            Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
18
     named parties, there is no such interest to report.
19

20   Dated: September 10, 2021          MARSHALL SUZUKI LAW GROUP, LLP

21

22                                      By: _____
                                            Junji Suzuki
23                                          Attorney for Applicant,
                                            Keiji Yoshida
24

25

26

27

28

---
                                                                                    -Page 1 of 1-
**In re Ex Parte Application of Keiji Yoshida**
Certification of Interested Entities or Persons